# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:23-cr-00053-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TORREY LANE HODSDEN, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Defendant's Motion to Strike Government's Information under 21 U.S.C. § 851. [Doc. 25].

By the present motion, the Defendant moves to strike the Information [Doc. 16] filed by the Government pursuant to 21 U.S.C. § 851. For grounds, the Defendant contends that the prior conviction identified therein—namely, his prior conviction for possession with intent to distribute marijuana—does not qualify as a "serious drug felony." [Doc. 25].

In response, the Government has filed an Amended Information and Notice of a Prior Conviction alleging a new "serious drug felony" and "felony drug offense." [See Docs. 33, 35]. Accordingly, the Defendant's Motion to Strike is now moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Strike [Doc. 25] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: February 7, 2024

Martin Reidinger
Chief United States District Judge