IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:23-cr-00053-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) TORREY LANE HODSDEN, ) ) Defendant. ) _____ ) | **VERDICT** |

**THIS MATTER** came for trial and was heard by the undersigned judge without a jury on November 19, 2024.

The Defendant Torrey Lane Hodsden waived his right to a jury trial, and the Government has consented. [Doc. 67]. The Court approves this waiver pursuant to Rule 23(a)(3) of the Federal Rules of Criminal Procedure.

After considering the facts stipulated by the parties, and the evidence presented at the bench trial, the Court finds beyond a reasonable doubt as follows:

1. The Defendant is **GUILTY** of the charge set forth in Count One of the Bill of Indictment;

   1a. The amount of actual methamphetamine attributable to the Defendant was in excess of 50 grams;

2. The Defendant is **GUILTY** of the charge set forth in Count Two of the Bill of Indictment; and

3. The Defendant is **GUILTY** of the charge set forth in Count Three of the Bill of Indictment.

**IT IS, THEREFORE, ORDERED** that the Defendant is hereby remanded to the custody of the United States Marshals Service pending a sentencing hearing.

The Clerk of Court shall provide copies of this Verdict to counsel for the Government, counsel for the Defendant, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: November 19, 2024

Martin Reidinger
Chief United States District Judge